UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRAINCHILD SURGICAL DEVICES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CPA GLOBAL LIMITED, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 1:21-cv-0554 (RDA/LRV) |

## ORDER

This matter is before the Court on the parties' Joint Motion to Extend Certain Deadlines (Dkt. No. 40) requesting an extension of certain discovery deadlines set forth in the Court's Rule 16(b) Scheduling Order (Dkt. No. 35). The parties assert that there is good cause to extend certain deadlines by 45 days because they have begun preliminary settlement discussions and an extension of the relevant deadlines would aid the parties in conducting such discussions. Upon consideration of the Joint Motion, and for good cause shown, it is hereby

**ORDERED** that the Joint Motion (Dkt. No. 40) is **GRANTED IN PART** and **DENIED IN PART**, such that the following deadlines are modified as follows:

| | **Current Date** | **New Date** |
|---|---|---|
| Plaintiff's expert witness disclosures: | April 10, 2023 | May 8, 2023 |
| Defendant's expert witness disclosures: | May 10, 2023 | June 7, 2023 |
| Fact and Expert Discovery cut-off: | June 9, 2023 | July 10, 2023 |

It is further **ORDERED** that the Final Pretrial Conference set for June 15, 2023 at 10:00am is **CONTINUED** to July 20, 2023 at 10:00 am; it is further

1

2

**ORDERED** that the deadline set in the February 23, 2023 Rule 16(b) Scheduling Order to file dispositive motions and any motion for class certification by June 13, 2023 is suspended so that such scheduling may be addressed by the District Judge at the Final Pretrial Conference or otherwise.

During the Rule 16(b) Initial Pretrial Conference held on February 22, 2023, the undersigned encouraged the parties to contact chambers to arrange for a settlement conference if the Court's assistance in resolving this matter would be useful. In consideration of the parties' representation in the Joint Motion that they have begun settlement discussions, the Court renews its invitation to the parties to schedule a settlement conference.

**ENTERED** this 5th day of April, 2023.

/s/ *LRV*
Lindsey Robinson Vaala
United States Magistrate Judge

Alexandria, Virginia