IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number <u>1:21-cv-00554-RDA-JFA</u>, Case Name <u>Brainchild Surgical Devices, LLC v. CPA Global Limited</u>
Party Represented by Applicant: <u>BRAINCHILD SURGICAL DEVICES, LLC</u>

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) <u>Ryan Benjamin Abbott</u>
Bar Identification Number <u>281641</u>  State <u>California</u>
Firm Name <u>Brown Neri Smith & Khan, LLP</u>
Firm Phone # <u>(310) 593-9890</u>   Direct Dial # <u>(310) 593-9898</u>   FAX # <u>(310) 593-9980</u>
E-Mail Address <u>ethan@bnsklaw.com</u>
Office **Mailing** Address <u>11601 Wilshire Boulevard, Suite 2080, Los Angeles, CA 90025</u>

Name(s) of federal district court(s) in which I have been admitted <u>Central District of California; Eastern District of New York; Southern District of New York</u>

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____   05/04/2023
(Signature)                        (Date)
Geoffrey A. Neri                   72219
(Typed or Printed Name)            (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ *or* Exemption Granted ☐

The motion for admission is GRANTED ☐ *or* DENIED ☐

_____   _____
(Judge's Signature)                (Date)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of May, 2023, I filed the foregoing document electronically with the Clerk of the Court using the ECF system, and caused to be served by electronic mail a copy of the foregoing document upon the following parties:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Jared W. Newton, VSB #80746
Meghan M. McCaffrey (*pro hac vice*)
J. Matthew Hamann (*pro hac vice*)
Kyra Simon (*pro hac vice* denied)
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
jarednewton@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
matthewhamann@quinnemanuel.com
kyrasimon@quinnemanuel.com
*Counsel for Defendant*

DATED: May 4, 2023

**BROWN NERI SMITH & KHAN, LLP**

By: _____
Geoffrey A. Neri, Esq, VSB No. 72219

Ethan J. Brown, Esq. (admitted *pro hac vice*)
Ryan Abbott, MD, PhD, Esq. (admitted *pro hac vice*)
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
Phone: (310) 593-9890
Fax: (310) 593-9980
Geoff@bnsklaw.com
Ethan@bnsklaw.com
Ryan@bnsklaw.com

*Counsel for Plaintiff and the Proposed Class*