UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BRAINCHILD SURGICAL DEVICES )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CPA GLOBAL LIMITED, et al., )<br>)<br>Defendants. )<br>) | Case No. 1:21-cv-554 (RDA/LRV) |

**PLAINTIFF'S EXPEDITED MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to Fed. R. Civ. P. 37 of the Federal Rules of Civil Procedure and Local Rules 26 and 37 of the Local Rules for the Eastern District of Virginia, Plaintiff Brainchild Surgical Devices, LLC ("Plaintiff"), by counsel, move this Court to compel Defendant CPA Global Limited ("CPA") to respond to Plaintiff's First Requests for Production of Documents ("Requests"). In addition, Plaintiff move the Court to order Defendant to pay the reasonable expenses, including attorney's fees, related to the instant Motion to Compel. Plaintiffs seek an expedited hearing on the instant Motion in accordance with paragraph 12(e) of the Rule 16(b) Scheduling Order entered in this case. (Dkt. No. 35.) Pursuant to Local Rule 37(E), counsel for Plaintiff certifies that attempts to confer with Defendant were made in a good faith effort to decrease the necessity of the instant

1

motion and to potentially resolve the discovery issues in controversy without the need for further Court intervention.

WHEREFORE, for the reasons set forth more fully in the Memorandum of Law in Support of its Expedited Motion to Compel, Plaintiff respectfully requests that this Court grant the Motion to Compel and order that Defendant provide full and complete responses to its Requests for Production and award Plaintiffs' attorneys' fees and costs in filing this motion.

Respectfully submitted,

Dated:  May 5, 2023          By:   /s/ Geoffrey A. Neri

                                Geoffrey A. Neri (VSB No. 72219)
                                Ethan J. Brown (admitted *pro hac vice*)
                                Ryan B. Abbott (admitted *pro hac vice*)
                                **BROWN, NERI, SMITH & KHAN LLP**
                                11601 Wilshire Blvd., Suite 2080
                                Los Angeles, California 90025
                                Tel: (310) 593-9890
                                Fax: (310) 593-9980
                                Email:  geoff@bnsklaw.com
                                                 ethan@bnsklaw.com
                                                 ryan@bnsklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2023, I filed the foregoing document electronically with the Clerk of the Court using the ECF system, and caused to be served by electronic mail a copy of the foregoing document upon the following parties:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Jared W. Newton, VSB #80746
Meghan M. McCaffrey (*pro hac vice*)
J. Matthew Hamann (*pro hac vice*)
Kyra Simon (*pro hac vice* denied)
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
jarednewton@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
matthewhamann@quinnemanuel.com
kyrasimon@quinnemanuel.com
*Counsel for Defendant*

DATED: May 5, 2023

**BROWN NERI SMITH & KHAN, LLP**

By: _____

Geoffrey A. Neri, Esq, VSB No. 72219

Ethan J. Brown, Esq. (admitted *pro hac vice*)
Ryan Abbott, MD, PhD, Esq. (admitted *pro hac vice*)
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
Phone: (310) 593-9890
Fax: (310) 593-9980
Geoff@bnsklaw.com
Ethan@bnsklaw.com
Ryan@bnsklaw.com

*Counsel for Plaintiff and the Proposed Class*