UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BRAINCHILD SURGICAL DEVICES, LLC<br><br>Plaintiff,<br><br>vs.<br><br>CPA GLOBAL LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:21-cv-554 (RDA/LRV)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF BRAINCHILD SURGICAL DEVICES, LLC'S EXPEDITED MOTION FOR AN ORDER REQUIRING DEFENDANT CPA GLOBAL LIMITED TO REMOVE CONFIDENTIALITY DESIGNATIONS

Pursuant to Fed. R. Civ. P. 37 of the Federal Rules of Civil Procedure and Local Rules 26 and 37 of the Local Rules for the Eastern District of Virginia, Plaintiff Brainchild Surgical Devices, LLC ("Plaintiff"), by counsel, move this Court for an order requiring Defendant CPA Global Limited ("CPA") to remove confidentiality designations from certain of the documents produced by CPA. CPA has marked 46,464 pages of 46,465 pages produced as confidential or highly confidential without justification. In addition, Plaintiff moves the Court to order Defendant to pay the reasonable expenses, including attorney's fees, related to the instant. Plaintiffs seek an expedited hearing on the instant Motion in accordance with paragraph 12(e) of the Rule 16(b) Scheduling Order entered in this case. (Dkt. No. 35.) Pursuant to Local Rule 37(E), counsel for

1

Plaintiff's counsel certifies that attempts to confer with Defendant's counsel were made in a good faith effort to decrease the necessity of the instant motion and to potentially resolve the discovery issues in controversy without the need for further Court intervention.

WHEREFORE, for the reasons set forth more fully in the Memorandum of Law in Support of its Expedited Motion to Compel, Plaintiff respectfully requests that this Court grant the motion and order that Defendant de-designate documents that have not in good faith been marked as confidential or highly confidential and award Plaintiff its attorneys' fees and costs incurred in filing this motion, the full amount yet to be determined.

Respectfully submitted,

Dated: June 2, 2023        By:  /s/ Geoffrey A. Neri

> Geoffrey A. Neri (VSB No. 72219)
> Ethan J. Brown (admitted *pro hac vice*)
> Ryan B. Abbott (admitted *pro hac vice*)
> **BROWN, NERI, SMITH & KHAN LLP**
> 11601 Wilshire Blvd., Suite 2080
> Los Angeles, California 90025
> Tel: (310) 593-9890
> Fax: (310) 593-9980
> Email:  geoff@bnsklaw.com
>           ethan@bnsklaw.com
>           ryan@bnsklaw.com