UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BRAINCHILD SURGICAL DEVICES,<br><br>Plaintiff,<br><br>vs.<br><br>CPA GLOBAL LIMITED, et al.,<br><br>Defendants. | Case No. 1:21-cv-554 (RDA/LRV) |

**NOTICE OF ERRATA *RE* EXHIBIT TO PLAINTIFF BRAINCHILD SURGICAL DEVICE'S EXPEDITED MOTION FOR AN ORDER REQUIRING DEFENDANT CPA GLOBAL LIMITED TO REMOVE CONFIDENTIALITY DESIGNATIONS**

Please take notice that Plaintiff Brainchild Surgical Devices, LLC's Exhibit X (the "Exhibit") to Plaintiff Brainchild Surgical Devices, LLC's Expedited Motion for an Order Requiring Defendant CPA Global Limited to Remove Confidentiality Designations may not properly display slide notes depending on how it is viewed as a PDF. A revised PDF of the Exhibit is being submitted now (under seal only pursuant to the protective order) to improve the visibility of the associated notes.

/ / /

/ / /

/ / /

1

Respectfully submitted,

Dated:  June 3, 2023                    By:   /s/ Geoffrey A. Neri

                                                Geoffrey A. Neri (VSB No. 72219)
                                                Ethan J. Brown (admitted *pro hac vice*)
                                                Ryan B. Abbott (admitted *pro hac vice*)
                                                **BROWN, NERI, SMITH & KHAN LLP**
                                                11601 Wilshire Blvd., Suite 2080
                                                Los Angeles, California 90025
                                                Tel: (310) 593-9890
                                                Fax: (310) 593-9980
                                                Email:  geoff@bnsklaw.com
                                                         ethan@bnsklaw.com
                                                         ryan@bnsklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June 2023, I caused to be served by electronic mail a copy of the foregoing document upon the following parties:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Jared W. Newton, VSB #80746
Meghan M. McCaffrey (*pro hac vice*)
J. Matthew Hamann (*pro hac vice*)
Kyra Simon (*pro hac vice* denied)
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
jarednewton@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
matthewhamann@quinnemanuel.com
kyrasimon@quinnemanuel.com
*Counsel for Defendant*

DATED: June 3, 2023

**BROWN NERI SMITH & KHAN, LLP**

By: _____
Geoffrey A. Neri, Esq, VSB No. 72219

Ethan J. Brown, Esq. (admitted *pro hac vice*)
Ryan Abbott, MD, PhD, Esq. (admitted *pro hac vice*)
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
Phone: (310) 593-9890
Fax: (310) 593-9980
Geoff@bnsklaw.com
Ethan@bnsklaw.com
Ryan@bnsklaw.com

*Counsel for Plaintiff and the Proposed Class*