# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| BRAINCHILD SURGICAL DEVICES, LLC, a New York limited liability company, on behalf of themselves and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CPA GLOBAL LIMITED a foreign entity formed under the laws of the Island of Jersey, Channel Islands,<br><br>Defendant. | Case No. 1:21-cv-00554-RDA-JFA |

## DEFENDANT CPA GLOBAL LIMITED'S EXPEDITED MOTION FOR A PROTECTIVE ORDER

Defendant CPA Global Limited, by counsel, pursuant to Federal Rule of Civil Procedure 26 respectfully moves this Court for a protective order that it is not required to collect and produce custodial documents for Simon Webster, Tim Griffiths, Steen Lomholt-Thomsen, or Yves Sibre, or any additional custodians identified by Plaintiff Brainchild Surgical Devices, LLC. A statement of the facts and law supporting the granting of this motion is set forth in the memorandum filed herewith, and a proposed order granting this motion is filed as an exhibit hereto.

Dated: June 15, 2023                    Respectfully submitted,

   /s/ Eric C. Lyttle
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Eric C. Lyttle, VSB No. 48518
Meghan M. McCaffrey (*pro hac vice*)
J. Matthew Hamann (*pro hac vice*)
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
ericlyttle@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
matthewhamann@quinnemanuel.com

Michael Fazio (*pro hac vice*)
Anthony P. Alden (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Phone: (213) 443-3000
Fax: (213) 443-3100
michaelfazio@quinnemanuel.com
anthonyalden@quinnemanuel.com

 *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2023, I filed the foregoing document electronically with the Clerk of the Court using the ECF system, and caused to be served by electronic mail a copy of the foregoing document upon the following parties:

BROWN NERI SMITH & KHAN, LLP
Geoffrey A. Neri, Esq, VSB No. 72219
Ethan J. Brown, Esq.
Ryan Abbott, MD, PhD, Esq.
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
Phone: (310) 593-9890
Fax: (310) 593-9980
Geoff@bnsklaw.com
Ethan@bnsklaw.com
Ryan@bnsklaw.com

*Counsel for Plaintiff and the Proposed Class*

  /s/ Eric C. Lyttle
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Eric C. Lyttle, VSB No. 48518

1300 I Street, NW, Suite 900
Washington, D.C. 20005
Phone: (202) 538-8000
Fax: (202) 538-8100
ericlyttle@quinnemanuel.com