IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BRAINCHILD SURGICAL DEVICES, )
LLC, )
 )
      Plaintiff, )
 )
v. ) Civil Action No. 1:21-cv-0554 (RDA/LRV)
 )
CPA GLOBAL LIMITED, )
 )
 )
      Defendant. )
_____)

## ORDER

This matter comes before the Court on Defendant CPA Global Limited's Expedited Motion for a Protective Order (Dkt. No. 101), Plaintiff Brainchild Surgical Devices LLC's Expedited Motion to Extend Expert Deadlines (Dkt. No. 105), and Plaintiff's Expedited Motion to Compel (Dkt. No. 107). Plaintiffs' Motions are fully briefed (*see* Dkt. Nos. 112, 113, 115, 116, 117). Plaintiff did not file a formal opposition to Defendant's Motion for a Protective Order (Dkt. No. 101), but did address some of the points raised in Defendant's Motion in its Motion to Compel (Dkt. No. 107). A telephonic hearing was held on the motions on June 23, 2023, at which counsel for both parties appeared. For reasons stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Defendant's Motion for a Protective Order (Dkt. No. 101) is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that, by July 14, 2023, Defendant CPA Global must produce documents for Yves Sibre and Gordon Samson in response to Plaintiff's First Request for Production Nos. 1, 6, 8-10, 12, 16-20, 24, 27-30 as specified in the Court's May 26 Order (Dkt. No. 75). Defendant is not required

to add Tim Griffiths, Simon Webster, or Steen Lomholt-Thomsen as custodians; it is further

**ORDERED** that Plaintiff's Motion to Compel (Dkt. No. 107) is **GRANTED IN PART**, such that Defendant CPA Global must produce the following by **July 19, 2023**:

- **Plaintiff's Second Set of RFPs Nos. 36 & 37:** For 25 customers located in the United States that during the class period had more than 100 foreign patent renewals in a calendar year (including customers Dow Chemical and DuPont), CPA Global must produce the same types of responsive documents and information it produced in response to Plaintiff's RFP Nos. 3 & 4 as specified in the Court's May 26 Order (Dkt. No. 75). Additionally, consistent with the Court's May 26 Order, CPA Global must inform Plaintiff Brainchild in writing the type account that each customer represents—i.e., instruct, automatic, or no master contract—if this information is reasonably available and does not require a completely manual process.

- **Plaintiff's Second Set of RFPs Nos. 38, 39, 41, 44, 45, 46:** For the same 25 customers discussed above, CPA Global must produce the same types of responsive documents and information it produced in response to RFP Nos. 5 & 13 as specified in the Court's May 26 Order (Dkt. No. 75). It is further

**ORDERED** that CPA Global is to produce the foregoing documents as soon as possible and on a rolling basis, with the specific instruction to prioritize production of the cost data for the 25 additional customers. Specifically, CPA Global is directed to endeavor to produce the cost data to Plaintiff by July 10; it is further

**ORDERED** that the relevant time period for Plaintiff's Second Set of RFPs is January 1, 2017 to the present; it is further

**ORDERED** that the parties must complete non-expert depositions by **July 20, 2023**;

ORDERED that Plaintiff's Motion to Compel (Dkt. No. 107) is **DENIED** in all other respects; it is further

ORDERED that Plaintiff's Motion to Extend Expert Deadlines (Dkt. No. 105) is **GRANTED IN PART**, such that Plaintiff's rebuttal/supplemental expert reports are due by **July 17, 2023**; CPA Global's supplemental responsive expert reports are due by **August 2, 2023**; and expert depositions must be complete by **August 8, 2023**; it is further

ORDERED that the brief extension of certain deadlines as set forth in this Order does not otherwise enlarge the discovery period, which closes on July 10. To be clear, neither party may propound any additional discovery requests to the other party in this matter;

ORDERED that all discovery motions must be filed in time to be heard by no later than **August 11, 2023** at 10:00 a.m.; it is further

ORDERED that the final pretrial conference scheduled for July 20, 2023 is **CONTINUED** to **August 17, 2023** at 10:00 a.m.

ENTERED this 23rd day of June, 2023.

_____/s/ _LRV_____
Lindsey Robinson Vaala
United States Magistrate Judge

_____
Lindsey Robinson Vaala
United States Magistrate Judge

Alexandria, Virginia

3