IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRAINCHILD SURGICAL DEVICES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:21-cv-554 (RDA/LRV) |
| | ) |
| CPA GLOBAL LIMITED, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter comes before the Court on the parties' Joint Submission Regarding Proposed Briefing Schedule for Summary Judgment, *Daubert*, and Class Certification Motions ("Joint Motion") (Dkt. 164). Having considered the Joint Motion, it is hereby ORDERED that it is GRANTED. The following briefing schedule is set in this case:

1. The parties shall file any summary judgment motions and *Daubert* motions on or before September 29, 2023.

2. The parties shall file oppositions to the summary judgment motions and *Daubert* motions on or before October 31, 2023.

3. The parties shall file replies in support of the summary judgment motions and *Daubert* motions on or before November 17, 2023.

4. Plaintiff shall file any class certification motion no later than thirty (30) days after the Court rules on the summary judgment motions and *Daubert* motions.

5. Defendant shall file an opposition to the class certification motion no later than thirty (30) days after the class certification motion is filed.

6. Plaintiff shall file a reply in support of the class certification motion no later than fourteen (14) days after the opposition is filed.

The Clerk is directed to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
August 9, 2023

/s/
Rossie D. Alston, Jr.
United States District Judge