# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| Brainchild Surgical Devices, LLC | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:21cv554 |
| CPA Global Limited | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on April 17, 2024, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant, CPA Global Limited, and against the Plaintiff, Brainchild Surgical Devices, LLC.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
D. Van Metre
Deputy Clerk

Dated: 09/06/2024
Alexandria, Virginia